No. D–628.  IN RE DISBARMENT OF BRUMFIELD.  It is ordered that H. Alva Brumfield III, of Baton Rouge, La., be sus-

pended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.